1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  TRACY S. HENDRICKSON, State Bar No. 155081
   Supervising Deputy Attorney General
3  JANET N. CHEN, State Bar No. 283233
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone:  (916) 210-7319
6    Fax:  (916) 324-5205
     E-mail:  Janet.Chen@doj.ca.gov
7  *Attorneys for Defendants*
   *CDCR, Daye, Toche, Diaz, Carrick, Greenman,*
8  *and Bick*

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11                      SACRAMENTO DIVISION

| **MIA ROSE MITCHELL (aka Mia Rosati),** | 2:20-cv-00831 EFB |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND DEFENDANTS' RESPONSIVE PLEADING DEADLINE** |
| v. | |
| | Judge:           The Hon. Edmund F. Brennan |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,** | Trial Date:     None set |
| | Action Filed:  April 22, 2020 |
| Defendants. | |

   The parties are in the process of engaging in settlement discussions and have, therefore, agreed to stipulate to extend Defendants' current July 20, 2020 responsive pleading deadline for thirty-days, or until August 19, 2020.

///

///

///

                                      1

1       **IT IS SO STIPULATED.**

2

3   Dated:  July 17, 2020                                  */s/ Janet N. Chen*
4                                                     Janet N. Chen
                                                    Deputy Attorney General
5                                                     *Attorney for Defendants*
                                                    *Daye, Toche, CDCR, Diaz, Carrick,*
6                                                     *Greenman, and Bick*

7   Dated:  July 17, 2020                                  */s/ Eric Menist*
8                                                     Eric Menist
                                                    Fenwick & West LLP
9                                                     *Attorney for Plaintiff*

10       **IT IS SO ORDERED.**

11

12   Dated:  July 20 , 2020

13

14

15                                                     Edmund F. Brennan
16                                                     UNITED STATES MAGISTRATE JUDGE

17   SA2020300815
      34241308.docx
18

19

20

21

22

23

24

25

26

27

28