ROB BONTA, State Bar No. 202668
Attorney General of California
PREETI K. BAJWA, State Bar No. 232484
Supervising Deputy Attorney General
JANET N. CHEN, State Bar No. 283233
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-7319
  Fax:  (916) 324-5205
  E-mail:  Janet.Chen@doj.ca.gov
*Attorneys for Defendant CDCR*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MIA ROSE MITCHELL,**<br><br>                                    Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>                                    Defendants. | 2:20-cv-00831 TLN JDP<br><br>**STIPULATION TO EXTEND THE JURISDICTION OF MAGISTRATE JUDGE C. DELANEY OVER SETTLEMENT AGREEMENT**<br><br>Action Filed:  April 22, 2020 |

Plaintiff Mia Rose Mitchell (P-90478) and Defendant CDCR hereby stipulate to request that Magistrate Judge Carolyn K. Delaney extend her jurisdiction over this case for an additional one year under 28 U.S.C. § 636(c) for the limited purpose of continuing to monitor the progress of Ms. Mitchell's gender affirming surgery that was approved prior to settlement.  This case was closed on November 19, 2020.  (ECF No. 27.)

Plaintiff brought this action to obtain gender affirming surgery.  (ECF No. 1.)  The parties reached an agreement to settle this case at a settlement conference held on October 19, 2020, before Magistrate Judge Carolyn K. Delaney.  (ECF No. 23.)  At the settlement conference, Magistrate Judge Carolyn K. Delaney agreed to retain jurisdiction regarding "all settlement

1 issues" for a term of one year. (*Id.*) The parties agree that CDCR approved Ms. Mitchell's
2 request for gender affirming surgery prior to settlement, and that performance and/or completion
3 of that surgery was not a term of the settlement agreement. Accordingly, the parties understand
4 that Magistrate Judge Delaney's jurisdiction was limited to monitoring the progress of Ms.
5 Mitchell's surgery and enforcing the settlement agreement.

6 At this time, Ms. Mitchell's surgery has not yet been completed. Ms. Mitchell has
7 undergone an initial consultation with an outside gender affirming surgeon and is again awaiting
8 further medical clearance from her CDCR doctor as requested by the surgeon.

9 The parties dispute the full scope of Judge Delaney's jurisdiction. As stated above, the
10 parties agree Judge Delaney's jurisdiction extends to monitoring the progress of Plaintiff's gender
11 affirming surgery that was approved prior to settlement. It is CDCR's position that Judge
12 Delaney's jurisdiction also only extended to enforcement of the explicit terms of the settlement
13 agreement. Ms. Mitchell agrees the settlement agreement itself does not require CDCR provide
14 her gender affirming surgery, since the surgery was already approved. Ms. Mitchell's position is
15 that because Judge Delaney's jurisdiction extends to monitoring the progress of Ms. Mitchell's
16 surgery, Judge Delaney has the power to control and direct CDCR in that process, if necessary.

17 Accordingly, the parties stipulate to extend Magistrate Judge Delaney's jurisdiction over
18 this case for an additional one year. The parties agree that the terms of this paragraph, and
19 Magistrate Judge Delaney's limited jurisdiction, apply only to the gender affirming surgery
20 approved by CDCR prior to settlement and does not apply to different or other surgeries and/or
21 surgical procedures. The parties further agree and understand that any non-discriminatory or non-
22 arbitrary and capricious delay or failure to perform and/or complete surgery is not a basis to bring
23 a motion for relief for any alleged breach of the settlement agreement, the terms with which
24 CDCR has already fully complied.
25 / / /
26 / / /
27 / / /
28 / / /

**IT IS SO STIPULATED.**

Dated: October 18, 2021

          */s/ Janet N. Chen*
          Janet N. Chen
          Deputy Attorney General
          *Attorney for Defendant CDCR*

Dated: October 18, 2021

          */s/ Eric Menist*
          Eric Menist
          Fenwick & West LLP
          *Attorney for Plaintiff*

**IT IS SO ORDERED.**

Dated: October 22, 2021

          *[signature]*
          CAROLYN K. DELANEY
          UNITED STATES MAGISTRATE JUDGE

SA2020300815
35570855.docx